# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0642
Lower Tribunal No. 2024-CN-000001[1]

_____

CHRISTOPHER RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
John D.W. Beamer, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and PRATT, JJ., concur.


Blair Allen, Public Defender, and Nicholas Martino, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

---

[1] Case No. 2024-CN-000001 is a contempt case arising from Case No. 2023-CF-000103.